UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

        Plaintiff(s),                       No. 3:05-CR-00568 VRW-2

    v.                                     ORDER FOR RELEASE FROM
                                              FEDERAL CUSTODY

LARRY MCGEE,

        Defendant(s).
_____/

       The defendant(s) having appeared before the undersigned Magistrate, and upon good showing, IT IS HEREBY ORDERED that the U.S. Marshal and/or representatives, release from federal custody the above-named defendant Larry McGee, to a Halfway House.

Dated: July 24, 2012

                                                                        _____
                                                                        MARIA-ELENA JAMES
                                                                        United States Chief Magistrate Judge